UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **TERRENCE PRITCHETT**<br>    **Plaintiff,** | ) JURY TRIAL DEMANDED<br>)<br>) |
| v. | ) Case No.<br>) |
| **EXPERIAN INFORMATION SOLUTIONS, INC.,**<br>    **Defendant.** | )<br>)<br>)<br>) |

**COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiff Terrence Pritchett as and for his Complaint respectfully alleges as follows:

## I.   INTRODUCTION

1. This is a civil action by the Plaintiff, an individual consumer, seeking actual, statutory, and punitive money damages against Defendant Experian Information Solutions, Inc., (hereinafter "Experian") for violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. (hereinafter "FCRA").

## II.   JURISDICTION AND VENUE

2. Jurisdiction of this court arises under 15 U.S.C. § 1681(p) and 28 U.S.C. § 1331. Venue in this District is proper in that the Defendant transact business in the Detroit, Michigan and the conduct complained of occurred in Detroit, Michigan.

### III. PARTIES

3. Plaintiff is a natural person residing in Detroit, Michigan.

4. Upon information and belief, Defendant Experian is a California corporation duly authorized and qualified to do business in the State of Michigan.

5. Upon information and belief, Experian is a consumer reporting agency that compiles and maintains files on consumers on a nationwide basis as defined by 15 U.S.C. § 1681a(p). Upon information and belief, Experian is regularly engaged in the practice of assembling or evaluating, and maintaining, for the purpose of furnishing consumer reports to third parties bearing on a consumer's creditworthiness, credit standing, or credit capacity, each of the following regarding consumers residing nationwide:

   a. Public record information.

   b. Credit account information from persons who furnish that information regularly and in the ordinary course of business.

### IV. FACTS OF THE COMPLAINT

6. On May 08, 2025, Plaintiff pulled a copy their Experian credit report from annualcreditreport.com.

7. The Plaintiff noticed there were some items reporting that were not accurate or complete.

8. On May 14, 2025, Plaintiff sent a certified copy of the dispute letter listing the inaccurate and incomplete accounts and copy of identifying documents such as copy of social security card, copy of driver's license and address verification.

9. Certified mail tracking 9214890142980418465126 revealed the dispute letter was received by defendant on May 19, 2025, at 3:28 pm CST.

10. On May 26, 2024, Plaintiff received a letter from Experian stating "We received a recent request regarding your credit information that does not appear to have been sent directly by you or to be authorized by you. As a precautionary measure, we have not taken any action on your alleged request. According to the federal Fair Credit Reporting Act, "if the completeness or accuracy of any item of information contained in a consumers file at a national consumer credit reporting company is disputed by the consumer and the consumer notifies the company directly of such dispute, the company shall reinvestigate free of charge."" Therefore, you can dispute any inaccurate information directly with Experian for free. If you believe that information in your personal credit report is inaccurate or incomplete, please call us at the phone number 833-421-3400, or visit our secure web site to upload your documents at [www.experian.com/dispute](www.experian.com/dispute)."

11. Exhibit A identifies eighteen negative tradelines on Plaintiff's Experian file. For each tradeline the letter lists the account name and number, the date opened, the current balance, and the Date of First Delinquency ("DOFD") as reported by Experian and then identifies the reasons the information is inaccurate or incomplete. Plaintiff demanded a complete reinvestigation, deletion of unverified items, forwarding of the dispute to each furnisher, and a written report of Experian's findings.

12. Many tradelines in Plaintiff's Experian file show only partial or truncated account numbers. This practice violates FCRA § 1681g(a), which requires clear and accurate disclosure of all information in the consumer's file, including complete account identifiers. Courts have held that truncated account numbers impede consumers' ability to identify and dispute

accounts. See Gillespie v. Equifax Info. Servs., LLC, 484 F.3d 938 (7th Cir. 2011). Plaintiff demanded a full file disclosure, including complete account numbers, which Experian refused to provide.

13. Plaintiff further demanded that Experian describe its method of verification i.e., the procedures and sources used to verify each disputed tradeline pursuant to 15 U.S.C. § 1681i(a)(6)(B) (iii). Experian failed to provide this information.

14. The disputed tradelines, as detailed in Exhibit A, are summarized below:

a. Affirm Inc (Acct. No. 3J53XXXX) opened 05/11/2023; balance $753; DOFD: charged off Apr 2025. Dispute reasons: unverified charge-off status; missing DOFD; undocumented late payment flags; failure to suppress post charge-off aging blocks in violation of Metro 2; violation of FDCPA § 1692g; and demand for method of verification.

b. Affirm Inc (Acct. No. 557GXXXX) opened 05/19/2023; balance $447; DOFD: charged off Apr 2025. Dispute reasons: truncated account number; unverified charge-off status; missing DOFD; absence of "in dispute" flag.

c. Affirm Inc (Acct. No. GP49XXXX) opened 05/11/2023; balance $206; DOFD: charged off Apr 2025. Dispute reasons: discrepancy in original balance; unverified charge-off; misaligned 30/60/90-day late buckets; failure to suppress post charge-off months.

d. Capital One Bank FS Credit Card (Acct. No. 515676801950****) opened 05/20/2017; balance $11,616; DOFD: not shown. Dispute reasons: truncated account number; missing DOFD; unverified 30-day 150-day late history; charged off/closed status without date or notice; continued late flags after closure.

e. Credit One Bank (Acct. No. 444796XXXXXXXXXX) opened 07/07/2022; balance $1,508 (charged off Apr 2025); DOFD: not shown. Dispute reasons: unverified charged off; missing DOFD; undocumented late payment buckets; failure to collapse post 'charge-off months.

f. Mission Lane / Tab Bank (Acct. No. 431503XXXXXXXXXX) opened 03/22/2021; balance $443; DOFD: not shown. Dispute reasons: truncated account number; missing DOFD; 150-day past due and charged off status reported without DOFD.

g. Premier BKCRD / First Premier (Acct. No. 517800XXXXXXXXXX) opened 03/11/2021; balance $582; DOFD: not shown. Dispute reasons: truncated account number; missing DOFD; unverified 120-day to 150-day late history.

h. Regions Bank (Acct. No. 410064XXXXXXXXXX) opened 07/29/2020; balance $442; DOFD: not shown. Dispute reasons: truncated account number; missing DOFD; unverified 30-day to 150-day late flags.

i. Resurgent / LVNV Funding (Acct. No. 526449XXXXXXXXXX) opened 01/17/2025; balance $436; DOFD: not shown. Dispute reasons: truncated account number; missing DOFD; unverified collection status.

j. Credence Resource Management (Acct. No. 275909XXX) opened 03/31/2024; balance $1,689; DOFD: not shown. Dispute reasons:

truncated account number; missing DOFD; unverified collection status.

k. Midland Credit Management (Acct. No. 31708XXXX) opened 04/29/2022; balance $2,662; DOFD: not shown. Dispute reasons: truncated account number; missing DOFD; statute of limitations violation for entries older than seven years.

l. Southwest Credit Systems (Acct. No. 111208XXX) opened 08/19/2024; balance $331; DOFD: not shown. Dispute reasons: truncated account number; missing DOFD; unverified collection status.

m. Fetti Fingerhut / WebBank (Acct. No. 636992XXXXXXXXXX) opened 01/04/2024; balance $0 (charged off; $637 written off); DOFD: not shown. Dispute reasons: truncated account number; missing DOFD; charged-off shown without date.

n. Axcssfn / CNGO (Acct. No. 4855XXXX) opened 12/12/2020; balance $0 (charged off; $1,957 written off); DOFD: not shown. Dispute reasons: truncated account number; missing DOFD; unverified 30–60-day late history.

o. Dept. of Ed. / Aidvantage (Loan 1) (Acct. No. 970135XXXXXXXXXXXXXX) opened 09/26/2020; balance $3,636; DOFD: not shown. Dispute reasons: truncated account number; missing DOFD; unverified 150-day late flag.

p. Dept. of Ed. / Aidvantage (Loan 2) (Acct. No. 970135XXXXXXXXXXXXXX) opened 09/26/2020; balance $6,233; DOFD: not shown. Dispute reasons: truncated account number; missing DOFD; unverified 150-day late flag.

q. Dept. of Ed. / Aidvantage (Loan 3) (Acct. No. 970135XXXXXXXXXXXXXX) opened 06/10/2021; balance $1,137; DOFD: not shown. Dispute reasons: truncated account number; missing DOFD; failure to reflect deferments.

r. Kikoff Lending LLC (Charge Card) (Acct. No. CLCEEVXXXX) opened 01/22/2023; balance $20; DOFD: not shown. Dispute reasons: truncated account number; missing DOFD; unverified 30-120-day late history.

11. Upon information and belief, Experian, despite the statutory requirement under 15 U.S.C § 1681i(a)(2) to contact the furnisher of any disputed information within five (5) business days of receiving notice of Plaintiff's dispute, intentionally and, as a matter of policy, failed or refused to notify any entity that provided Experian with the information.

12. Upon information and belief, Experian failed to have a procedure in place to assure maximum possible accuracy, Upon the Plaintiff's request for verification and deletion, and in accordance with its standard procedures, Experian did not

evaluate or consider any of Plaintiff's information, claims or evidence and did not make any attempt to substantially or reasonably re-investigate.

13. Experian's policy was recklessly or intentionally implemented and violates FCRA.

14. As a result of the actions and inactions of Defendant, the Plaintiff suffered damages, including *but not limited to*, mental and emotional distress, being denied credit, loss of time and money drafting dispute, and being granted credit with a much higher interest rate.

## V.   CLAIM FOR RELIEF
### Violation of 15 U.S.C. § 1681i
### (Defendant Experian)

15. All preceding paragraphs are re-alleged.

16. The Defendant Experian violated 15 U.S.C. § 1681i by failing to delete inaccurate information in the Plaintiff's credit file after receiving actual notice of such inaccuracies; by failing to conduct a reasonable and lawful reinvestigation; by failing to forward all relevant information to the furnishers; by failing to maintain reasonable procedures with which to filter and verify disputed information in the Plaintiff's credit file and by failing to provide notification of Plaintiff's dispute to the furnisher of such disputed information within five (5) business days after receiving Plaintiff's disputes.

17. Defendant Experian's conduct was willful, rendering this Defendant liable for statutory and punitive damages in an amount to be determined by a jury pursuant to 15 U.S.C. §1681n. In the alternative, the Defendant Experian was

negligent, attorney fees and entitling the Plaintiff to recover under 15 U.S.C § 1681o.

18. Defendant Experian has caused injury to Plaintiff by **causing mental and emotional distress, damage to credit rating, damage to credit worthiness, and other damages to Plaintiff.**

19. At all times alleged herein, Defendant Experian acted negligently and/or willfully.

20. Defendant Experian is liable to Plaintiff for actual damages, punitive damages, and costs pursuant to 15 U.S.C. §1681n and actual damages, and costs, attorney fee's pursuant to 15 U.S.C. §1681o.

## JURY DEMAND AND PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests a jury trial and entry of judgment in favor of Plaintiff and against all Defendant for:

A. Actual or statutory damages pursuant to 15 U.S.C. § 1681n(a)(1)(A);

B. Actual damages pursuant to 15 U.S.C. § 1681o(a)(1);

C. Costs and attorney fee's pursuant to 15 USC § 1681n and 15 U.S.C § 1681o;

D. Deletions of Trade line(s) that was disputed.

E. For such other and further relief as the Court may deem just and proper.

          Respectfully submitted,

          <u>/s/Paschal Ukpabi</u>
          Paschal C. Ukpabi (Michigan Bar No. P71187)
          Law Arena, PLLC
          Attorney for Plaintiff
          28592 Orchard Lake Road, Suite 301
          Farmington Hills, MI 48334
          Tel. (248) 702-6103

Dated: September 4, 2025